UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION : | MASTER DOCKET 04 MD 1653 (LAK) ECF Case |
| This document relates to: : | |
| | 04 CV 0030 (LAK) |
| PARMALAT SECURITIES LITIGATION : | NOTICE OF MOTION |
| : | TO PRECLUDE |

------------------------------------------------------------------

Please take notice that, upon the annexed declarations of Michael J. Dell, dated February 16, 2007, and the exhibits annexed thereto, and Ennio Amodio, dated January 19, 2007, and the accompanying memorandum of law, defendant Deloitte Touche Tohmatsu will move this Court, before the Honorable Lewis A. Kaplan, in Courtroom 12D, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date convenient for the Court, for an Order pursuant to Fed. R. Civ. P. 37(c), (a) excluding from evidence at summary judgment, at trial, or for any other purpose, the "reports" and "slides" prepared by Dr. Stefania Chiaruttini to assist the Public Prosecutor in Milan, and the opinion testimony she gave at her deposition or, in the alternative, should Dr. Chiaruttini's opinions not be precluded, (b) to compel Dr. Chiaruttini (i) to produce all documents relating to Parmalat in her possession, custody or control, (ii) to testify as to all communications relating to her opinions, (iii) to comply with the terms of the Protective Order, and (iv) to appear for the resumption of her deposition, and (c) for such other relief as the Court deems proper.

Dated: New York, New York
       February 16, 2007

By:    /s/ Michael J. Dell
       Michael J. Dell (MD-7714)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
Attorneys for Defendant Deloitte Touche Tohmatsu

KL3 2567307.1