UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re PARMALAT SECURITIES LITIGATION

This document relates to:    All Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

MASTER DOCKET
04 MD 1653 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will conduct a conference on January 29, 2008 at 2:15 p.m. The parties should be prepared to discuss the effect of *Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc.*

        In preparation for the conference, counsel for all interested parties shall meet and confer with respect to the effect of that decision with a view to reaching agreement. The parties shall serve and file a joint status report setting forth an agreed view or, in its absence, their respective positions on this matter no later than 5 p.m. on January 25, 2008.

        SO ORDERED.

Dated:        January 17, 2008

                                          Lewis A. Kaplan
                                  United States District Judge