UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re PARMALAT SECURITIES LITIGATION                      :
                                                          :
                                                          :   Master Docket
                                                          .   04-MD-1653 (LAK) ECF Case
                                                          :
                                                          :   ELECTRONICALLY FILED
This document relates to: 04 Civ. 0030 (LAK)              :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**SUPPLEMENTAL DECLARATION OF PAUL A. GOMPERS IN SUPPORT OF DELOITTE & TOUCHE LLP'S, DELOITTE TOUCHE TOHMATSU'S, AND JAMES E. COPELAND'S OPPOSITION TO LEAD PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

Paul A. Gompers hereby declares as follows:

1. The information contained herein supplements that provided in the Declaration of Paul A. Gompers in Support of Deloitte & Touche LLP's, Deloitte Touche Tohmatsu's, and James E. Copeland's Opposition to Lead Plaintiff's Renewed Motion for Class Certification dated October 9, 2006.

2. As set forth in my October 9, 2006 declaration, I was compensated for my work on this matter at my usual hourly rate of $625.

3. In addition, Cornerstone Research performed research and other support work for me on this matter. I have received and anticipate that I may receive in the future compensation from Cornerstone Research that reflects, among other things, my relationship with that firm as an expert on this and other corporate and client matters. None of my compensation is contingent upon the conclusions I reach or on the outcome of this matter.

Executed on ___July 14___, 2008

_____
Paul A. Gompers